# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **CHRISTY SMITH,** | § |
| | § |
| **Plaintiff,** | § CIVIL ACTION NO. 6:16-CV-01329-RC |
| | § |
| **v.** | § |
| | § |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | § |
| | § |
| **Defendant.** | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On November 23, 2016, Plaintiff initiated the above entitled and numbered civil action pursuant to the Social Security Act, Section 205(g) for judicial review of the Commissioner's denial of Plaintiff's application for Social Security benefits. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On July 9, 2018, the Magistrate Judge issued a Report and Recommendation ("Report") concluding that the decision of the Commissioner should be affirmed and the action be dismissed with prejudice. Docket No. 21. No objections have been filed within the prescribed time period for objections. Having reviewed the Report of the Magistrate Judge, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the decision of the Commissioner is **AFFIRMED** and Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**.

So **ORDERED** and **SIGNED** this **29** day of **July, 2018.**

_____
Ron Clark, United States District Judge